NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-436

NETTIE M. WENSLOW, ET AL.

VERSUS

HARTFORD CASUALTY INSURANCE COMPANY, ET AL.

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 204,765
HONORABLE HARRY FRED RANDOW, DISTRICT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Billy Howard Ezell, and J. David Painter, Judges.

THIBODEAUX, C.J., DISSENTS IN PART AND ASSIGNS REASONS.

AFFIRMED IN PART; REVERSED
IN PART AND RENDERED.

George Arthur Flournoy
Flournoy & Doggett
P. O. Box 1270
Alexandria, LA 71309-1270
Telephone: (318) 487-9858
COUNSEL FOR:
	Plaintiffs/Appellants - Nettie M. Wenslow, et al.

**Steven Patrick Mansour**
**P. O. Box 13557**
**Alexandria, LA 71315**
**Telephone:  (318) 442-4855**
**COUNSEL FOR:**
    **Intervenor/Appellee - Steven Patrick Mansour**

**Kay Hilgerson Michiels**
**Walker, Passman & Michiels**
**P. O. Box 13020**
**Alexandria, LA 71315-3020**
**Telephone:  (318) 445-4516**
**COUNSEL FOR:**
    **Defendants/Appellees - Hartford Casualty Insurance Company and**
    **Patricia P. Hudgens**